# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

## ORDER

_____

EARTHA DUNCAN Petitioner(s),

vs.

GUARANTEED RATE, INC.,
WELLS FARGO HOME MORTGAGE
Respondent(s).

Judge Bucklo
1:19-cv-05721
ORDER

_____

This Court has considered the request of Petitioner to confirm an arbitration award and has reviewed all documents.

THIS COURT ORDERS that the arbitration award issued in this case in the amount of $420,000.00 be confirmed and that a judgment be entered immediately in the amount of $420,000.00 in favor of Eartha Duncan and against Guaranteed Rate, INC et al. An order is also entered against the Respondents having any past, present or future claims against Petitioner Eartha Duncan et al & property(s) per the arbitration award. The awarded payment amount is ordered to be divided equally amongst the Respondents.

Dated: September 30, 2019

*[signature: Elaine E. Bucklo]*

Hon. Elaine E. Bucklo
U.S. District Court