

U.S Registered Mail # **RE329728677US**

**December 16, 2020 for the Record**

**Private Trust Deposit**                                **Private Trust Deposit**

## NOTICE OF FOREIGN JUDGMENT
### By Special Trust Deposit

# FILED

DEC 2 9 2020

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT FOR THE
Northern District of Illinois Eastern Division

Eartha-LaQuita: Burton, EARTHA DUNCAN, DEBTOR-TRUST
V.
WELLS FARGO BANK, N.A. et al,
Account/Case No. 1:19-cv-05721

DIRECTIVE

To: Judge Elaine E. Bucklo, Trustee;

Please note that this is your official notice and directive in your capacity as the Trustee for
account/case number 1:19-cv-05721 in the above caption reference matter.

1. You are to instruct the Clerk of Court to exchange any and all orders such as dismissal order
or order for entry summary judgment for the claims drawn on the Estate, complete a full
accounting of the entire matter before you and issue a check to this estate by the close of
business on the day of receipt of this Registered mailing or the date of electronic filing in the
above referenced account/case matter from my Estate.

2. If you decide to dishonor this Notice of Foreign Judgment and make a claim that
the securities have been abandoned by me, you are to fill out the necessary IRS forms 1099's to
claim I have abandoned those securities and you are claiming the earning on and to the IRS for
the taxable transaction before your court, so I can properly execute the Tax forms to claim my
debt back as a result of your dishonor and trespass on my estate.

U.S Registered Mail # **RE329728677US**

**December 16, 2020 for the Record**

3. The Notice of Lien sent, via RE329728677US, by me evidences that I am the Entitlement Holder and is evidence and validation of the claim on the securities of my estate that those securities have NOT been abandoned and if you as the Trustee fail to execute the proper IRS Tax Forms I will fill them out thus collapsing the trust and claim both side of the ledger for the debt and credit.

4. You as the judge and trustee and WELLS FARGO BANK, N.A., Guaranteed Rate, Inc. or its attorneys have failed to produce a Power of Attorney to administer the Estate thus you are without any written authority to administer the Estate of :Eartha-LaQuita: Burton.

5. You as trustee and WELLS FARGO BANK, N.A., Guaranteed Rate, Inc. and counsel have not produced any proof whatsoever that you possess or have a written delegated authority and or power of attorney or Registered Lien Interest in the estate of Eartha LaQuita Duncan.

6. Any and all claims, fines, fees, assessments, and charges against the Estate are Accepted for Value and Returned for Value and are Exempt from Levy.

The cooperation of the court, and you Judge Elaine E. Bucklo as the Trustee to comply with this directive and provide me with full settlement of the matter and issue the check will bring this Notice of Foreign judgment to full accord and satisfaction and close this matter.

Executed this 16th, day of December, 2020

By: me: *Eartha-laquita Burton*

Authorized Representative Beneficial Owner of Eartha LaQuita Burton, EARTHA DUNCAN; DEBTOR

Page 2 of 3

cc; Steve Mnuchin; Acting Secretary of the Treasury, Securities Intermediary/Custodian, Agents, Successors, and Assigns (**RE329726591US**).

Documents sent via **RE329728677US** and received on 12/17/2020 @ 9:28am:

1. Notice of Lien;
2. Copy of Registered Certificated Security indorsed by Entitlement Holder;
3. Accepted for Value, Returned for Value for the Court Documents;
4. Copy Special Trust Deposit to; Steve Mnuchin, Acting Secretary of the Treasury, Securities Intermediary/Custodian, Agents, Successors, and Assigns.

## CERTIFICATE OF SERVICE

I :Eartha- LaQuita: on behalf of GODBMYWITNESS Trust hereby certify that foregoing documents, has been sent first class certified mail # 7020 0090 0000 5036 6213, to Thomas G Bruton, Clerk of the Court, 219 S. Dearborn St., Chicago, IL 60604.

cc; Steve Mnuchin 1500 Penn. Ave., NW, Washington DC 20220 received the foreign document via **RE329726591US**.

Dated, December 21, 2020

By: eartha-laquita: Burton

:eartha-laquita: Burton